IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| THOMAS SMITH, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-00595 |
| v. | ) |
| | ) Hon. Martha M. Pacold |
| OVERLOG, INC. and DENIS ILIC, | ) Mag. J. Heather K. McShain |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as Defendants Overlog, Inc. and Denis Ilic have neither answered nor filed a motion for summary judgment, Plaintiff Thomas Smith hereby gives notice of his voluntary dismissal of this matter, with prejudice.

Dated: July 5, 2023

Respectfully submitted,
THOMAS SMITH

 /s/ *Jared M. Schneider* 
Jared M. Schneider, Esq. (ARDC # 6318314)
400 West Seventh Street, Suite 105C
Bloomington, Indiana 47404
Tel: (812) 758-4888
Email: jared@jaredschneider.com